# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL FUENTES, an individual,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>　　　　　Defendants. | Case No.:  CV 21-8145-GW-JCx<br><br>*Assigned to the Hon. George H. Wu*<br><br>**ORDER OF DISMISSAL** |

　　　Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

　　　**IT IS SO ORDERED.**

DATE: August 9, 2022　　　　　　By: _/s/ George H. Wu_____
　　　　　　　　　　　　　　　　　HON. GEORGE H. WU,
　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE